No. 388. GRAYBAR ELECTRIC CO. ET AL. *v.* CURRY, COMMISSIONER OF REVENUE, ET AL. November 6, 1939. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Banker Bros.* v. *Pennsylvania,* 222 U. S. 210; *Wiloil Corporation* v. *Pennsylvania,* 294 U. S. 169. *Mr. L. D. Gardner, Jr.* for appellants. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, and *John W. Lapsley,* Assistant Attorney General, for appellees.

